UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BRIAN TOTIN,

                    **Plaintiff,**

-against-

CALIBER ASSOCIATES, INC., et al.,

                    **Defendants.**

------------------------------------------------------------------X

19-CV-09702 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the public health crisis, the settlement conference scheduled Wednesday, May 6, 2020, at 2:00 p.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email before the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 24, 2020
               New York, New York